**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**CARLA MARIA ALIPIO** | **CASE NO. 3:26-CV-00789 SEC P**

**VERSUS** | **JUDGE EDWARDS**

**LISA BOWEN ET AL** | **MAG. JUDGE MCCLUSKY**

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED** that Petitioner Carla Maria Alipio's petition is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

**THUS DONE** in Chambers on this 25th day of September, 2026.

Jerry Edwards, Jr.
United States District Judge